# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

Nathan Reardon,

   Plaintiff,

v.                                          Civil Action No. _____

United States of America,

   Defendant.

### COMPLAINT UNDER FEDERAL TORT CLAIMS ACT

### PARTIES

1. Plaintiff, Nathan Reardon, is an individual residing in Detroit, Maine.

2. Defendant is the United States of America, which may be sued for personal injury and property loss caused by the negligent acts or omissions of its employees acting within the scope of their employment under 28 U.S.C. §§ 1346(b), 2671–2680.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1346(b)(1) and 28 U.S.C. § 1331.

4. Venue is proper in the District of Maine under 28 U.S.C. § 1402(b) because the Plaintiff resides in this district.

### FACTUAL BACKGROUND

5. Plaintiff was in the custody of the federal government from April 20, 2022 through May 2023, first detained at Hancock County Jail under federal hold status, then incarcerated at the Federal Prison Camp in Pennsylvania (FPC Canaan).

6. During this time, Plaintiff experienced severe pain and injury to his left shoulder. Despite repeated complaints, Plaintiff received inadequate medical care.

7. At Hancock County Jail, staff failed to evaluate or treat his shoulder injury properly, initiating a pattern of neglect. Plaintiff was not provided appropriate diagnostics or referrals.

8. When Plaintiff was transferred to FPC Canaan in December 2022, his medical condition persisted. The Bureau of Prisons medical staff continued to deny him appropriate care.

9. Although Plaintiff's shoulder condition clearly required soft tissue evaluation, BOP staff only provided an X-ray, which is not capable of diagnosing the injury. No MRI or orthopedic evaluation was conducted.

10. Plaintiff filed a timely administrative claim with the Bureau of Prisons on July 21, 2025, and that claim was denied by letter dated September 26, 2025.

SUPPLEMENTAL CLAIM – PERSONAL PROPERTY LOSS

11. Upon Plaintiff's release from the Federal Prison Camp in Canaan, Pennsylvania in May 2023, federal staff failed to return his personal property, including:
- One pair of dress pants
- One dress shirt
- One leather belt
- One pair of dress shoes
- One diabetes testing meter

12. Despite repeated efforts to recover the items, the Bureau of Prisons failed to return or compensate Plaintiff for the lost property.

13. The total value of the missing property is estimated at $500.00.

14. The loss of personal property while in federal custody constitutes a tort claim under the FTCA for negligent handling and failure to return property upon release.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Enter judgment in favor of Plaintiff in the amount of $500,000 for medical negligence;

b. Award an additional $500.00 for the negligent loss of personal property;

c. Award such other and further relief as the Court deems

just and proper.

Respectfully submitted,

Nathan Reardon

PO Box 52

Detroit, ME 04929

Date: October 09, 2025