UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Nathan Reardon,
Plaintiff,

v.

United States of America,
Defendant.

Civil No. 1:25-cv-00540-JAW

PLAINTIFF'S OBJECTIONS TO THE MAGISTRATE JUDGE'S RECOMMENDED DECISION

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), Plaintiff Nathan Reardon submits these timely objections to the Magistrate Judge's Recommended Decision dated January 13, 2026, and requests de novo review by the District Court.

I. STANDARD OF REVIEW

Under 28 U.S.C. § 636(b)(1), the District Court must conduct a de novo review of all portions of the Recommended Decision to which specific objections are made.

II. IMPROPER APPLICATION OF AN EVIDENTIARY STANDARD AT THE PLEADING STAGE

The Recommended Decision improperly requires Plaintiff to plead medical proof of causation and outcome at the screening stage. At review under 28 U.S.C. § 1915(e)(2), the Court must accept factual allegations as true and may not weigh evidence or resolve factual disputes.

III. DELAYED DIAGNOSIS AND TREATMENT CONSTITUTES ACTIONABLE HARM

Plaintiff alleged persistent pain, loss of function, and worsening condition during federal custody following repeated requests for medical care. Delay in diagnosis and treatment constitutes cognizable harm, and whether additional diagnostics would have altered the outcome is a factual question reserved for discovery.

IV. PREMATURE DISMISSAL UNDER § 1915(e)(2)

Dismissal of proceeding was premature. The Recommended Decision substitutes judicial speculation for factfinding and denies Plaintiff access to discovery and an evidentiary hearing.

## V. PRESERVATION OF PROPERTY CLAIM ISSUES

Plaintiff preserves objections to the dismissal of his property loss claim for appellate review while recognizing the Court's stated grounds.

## VI. RELIEF REQUESTED

Plaintiff respectfully requests that the District Court reject the Recommended Decision and allow this action to proceed.

Respectfully submitted,

Nathan Reardon
P.O. Box 52
Detroit, ME 04929
Pro Se Plaintiff

Date: February 1D, 2026